```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

ACE PARTNERS, LLC D/B/A,        :
TC's PAWN COMPANY,              :
                                :
     Plaintiff,                 :
                                :
     v.                         : CASE NO. 3:09CV1282(RNC)
                                :
TOWN OF EAST HARTFORD et al.,   :
                                :
     Defendants.                :
```

### AMENDED SCHEDULING ORDER FOR DAMAGES HEARING

At hearing on compensatory damages is scheduled to begin on February 26, 2013 at 10:00 a.m. in the East Courtroom and if necessary, will continue February 27, 2013 at 10:00 a.m.

A pre-hearing conference is scheduled for February 8, 2013 at 1:00 p.m.

Counsel for the parties shall confer in an attempt to arrive at stipulations of fact and to agree on exhibits that may be introduced without objection at the hearing.

By February 1, 2013, each party shall file the following:

(1) A Memorandum of Law. In addition to setting forth its version of the facts and the legal argument in support of its position, each party shall include in its memorandum a list of witnesses who will testify at the hearing and a brief description of each witness's testimony. If a party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection and its grounds shall be set forth in the memorandum so that the objection can be addressed prior to the hearing.

(2) Stipulation of Facts.  The parties shall file a stipulation of all facts not in dispute.

(3) Exhibits.  Each party shall file a list of exhibits that will be introduced at the hearing.  The list shall note whether the parties agree that a particular exhibit should be admitted as evidence without objection at the hearing.  Any objections should be set forth with specificity.  The exhibit list shall denote the exhibit number and a brief description of the exhibit.  Prior to the beginning of the hearing, each party shall deliver to the courtroom deputy clerk a copy of the exhibit list, shall premark its exhibits, and shall deliver its premarked exhibits to the courtroom deputy clerk.  Exhibit stickers are available from the courtroom deputy clerk.  All exhibits shall be marked numerically and say "Plaintiff" or "Defendant".  If there is more than one plaintiff or defendant, the exhibits shall identify the party offering the exhibit (e.g., Defendant Smith, Exhibit #1).  If the same exhibit is offered by more than one party, the parties shall mark only one exhibit by placing their respective exhibit stickers on the one exhibit (e.g., Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5)  Each party shall prepare <u>two</u> courtesy copies of its documentary exhibits for the court's use during the hearing.  The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number.  All copies shall be stamped "Copy" to distinguish them from the original exhibit.  The "Copy"

stamp shall be in a color other than black to show that the word "copy" is not part of the exhibit itself.

SO ORDERED at Hartford, Connecticut this 4th day of October, 2012.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge